PERMIAN BASIN PIPELINE CO. *v.* RAILROAD COMMISSION OF TEXAS ET AL.

No. 64.  Decided October 13, 1958.

*Lawrence I. Shaw, F. Vinson Roach* and *R. Dean Moorhead* for appellant.

*Will Wilson,* Attorney General of Texas, and *James N. Ludlum,* First Assistant Attorney General, for the Railroad Commission of Texas, and *Charles L. Black* for the Atlantic Refining Co., appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.